# United States Court of Appeals
## For the First Circuit

No. 05-2690

THOMAS S. McCLOSKEY AND KEVIN P. McCLOSKEY
AS CO-ADMINISTRATORS OF THE ESTATE OF PHILIP McCLOSKEY,

Plaintiffs, Appellants,

v.

ROBERT S. MUELLER III, IN HIS CAPACITY AS DIRECTOR OF
THE FEDERAL BUREAU OF INVESTIGATION, ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on May 16, 2006 is
corrected as follows:

On page 14, line 19, change "alternation" to "alteration"